## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDY GOTTLIEB, et al. | : | CIVIL ACTION NO.  3:20-CV-00623(JCH) |
| *Plaintiffs,* | : | |
| v. | : | |
| NED LAMONT, GOVERNOR OF THE STATE OF CONNECTICUT, and DENISE MERRILL, SECRETARY OF THE STATE OF CONNECTICUT | : | |
| *Defendants* | : | MAY 21, 2020 |

## NOTICE OF EXECUTIVE ORDER NO. 7QQ

Defendants Governor Ned Lamont and Secretary of the State Denise Merrill hereby file notice of the issuance of Executive Order 7QQ, dated May 20, 2020, an order to ensure "Safe Voting During the Statewide Primary."

                            DEFENDANTS

                            NED LAMONT, GOVERNOR OF THE STATE OF CONNECTICUT, and DENISE MERRILL, SECRETARY OF THE STATE OF CONNECTICUT

                            WILLIAM TONG
                            ATTORNEY GENERAL

BY:   */s/ Maura Murphy Osborne*
        Maura Murphy Osborne (ct19987)
        [INSERT MIKE AND ALMA NAME AND BAR NO.]
        Assistant Attorneys General
        165 Capitol Avenue, 5th Floor
        Hartford, CT  06106
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Email: Maura.MurphyOsborne@ct.gov

2

## **CERTIFICATION**

I hereby certify that on May 21st, 2020, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/*s/ Maura Murphy Osborne*/
Maura Murphy Osborne
Assistant Attorney General