# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDY GOTTLIEB, et al. | : | CIVIL ACTION NO.  3:20-cv-00623(JCH) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, GOVERNOR OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| And DENISE MERRILL, | : | |
| SECRETARY OF THE STATE OF | : | |
| CONNECTICUT | : | |
| *Defendants* | : | MAY 27, 2020 |

## MOTION TO EXTEND TIME TO ANSWER
## AND RESPOND TO MOTION FOR CLASS CERTIFICATION

Pursuant to Local Rule 7(b), Ned Lamont, Governor of Connecticut and Denise Merrill, Secretary of the State ("Defendants"), through their undersigned counsel, respectfully request a thirty-day extension of the deadline to file their answer and to respond to the motion for class certification, ECF No. 14, to July 9, 2020.  This is the Defendants' first request to extend these deadlines.  Defendants were served in their official capacity on May 19, 2020 at the Office of the Attorney General, their answer is therefore currently due June 9, 2020.  Plaintiffs' Motion for Class Certification was filed May 18, 2020 and the response is due June 8, 2020 or June 9, 2020, twenty-one days from service of this action.  Plaintiffs' counsel has consented to the Defendants' request to extend these deadline thirty days.

The Defendants request this extension because their undersigned counsel requires additional time to consult with their clients regarding the answer and draft

the answer.  Counsel also require additional time to research, draft and finalize a response to the motion for class certification.  Undersigned counsel have been required to work on a number of election matters and other matters on an expedited basis since Governor Lamont declared a health crisis in March 2020, and currently are preparing for litigation challenging a number of the Governor's Executive Orders that relate to elections and other topics. *See generally*, Governor Lamont's Executive Orders 7-7OO, available at https://portal.ct.gov/Office-of-the-Governor/Governors-Actions/Executive-Orders/Governor-Lamonts-Executive-Orders?Page=2#pos=3600 (last viewed April 7, 2020).  Undersigned counsel also have had to file briefs in other matters pending before the district court, including an opposition to preliminary injunctive relief for *Hartford Courant v. Carroll*, No. 3:19-cv-01951 (MPS), which was due to the court on May 11, 2020.  Further, undersigned counsel has been assigned as the designee of the Attorney General to develop an inter-agency data sharing protocol, which will continue to require significant time to meet the statutorily set deadline of July 1, 2020.  *See* Conn. Gen. Stat. § 17b-112l(e).  Counsel have also been assigned to represent the defendants in another election matter recently filed with this Court, *Libertarian Party of Connecticut, et al. v. Merrill,* No. 3:20-cv-467 (JCH).

Moreover, counsel are currently preparing Defendants' opposition to the pending motion for preliminary injunction in this matter due June 2, 2020.  And this Court has scheduled a hearing on the motion for preliminary injunction in this matter on June 5, 2020 and that will require additional attention.

Defendants respectfully submit that the foregoing establishes sufficient good cause to grant this modest extension of the Answer deadline.  Moreover, extending the deadline will not materially impact the management of this case or cause prejudice to any party or the Court.

For the foregoing reasons, the Defendants request that the deadline to file the Answer and the response to the motion for class certification in this case be extended to July 9, 2020.

Respectfully Submitted,

DEFENDANTS

NED LAMONT, GOVERNOR OF
THE STATE OF CONNECTICUT,
and
DENISE MERRILL, SECRETARY OF
THE STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: s/ Maura Murphy Osborne
Maura Murphy Osborne(ct19987)
Alma R. Nunley (ct30610)
Michael K. Skold (ct28407)
Assistant Attorneys General
165 Capitol Ave., 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Maura.MurphyOsborne@ct.gov
Alma.Nunley@ct.gov
Michael.Skold@ct.gov

## <u>CERTIFICATION</u>

I hereby certify that on May 27, 2020, a copy of the foregoing Motion to Extend Time was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Maura Murphy Osborne
Assistant Attorney General
