UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDY GOTTLIEB, et al., | : | |
| | : | Case No. 3:20-cv-623-JCH |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, et al., | : | |
| | : | |
| *Defendants.* | : | June 22, 2020 |

**MOTION TO INTERVENE AS PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 24, Robert Halstead moves to intervene in this action as a Plaintiff. In support of the motion, Mr. Halstead submits the attached Intervening Complaint as Exhibit 1 and Declaration of Robert Halstead as Exhibit 2, and states as follows.

1. As a candidate for the office of State Representative in the Democratic Party in the 129th House District who is blocked from access to the ballot by Connecticut's overly burdensome Ballot Access Laws, even as modified by Governor Lamont's executive orders, Mr. Halstead claims an interest relating to the transaction that is the subject of this action, is so situated that disposing of this action may as a practical matter impair or impede his ability to protect his interest, and Mr. Bartlett's presentations alone fail to adequately represent that interest.

2. This motion is timely because Mr. Halstead has retained counsel and submitted this motion and supporting materials within days of learning that he would be disqualified from the ballot. He had no reason to believe he would be disqualified after submitting more than the requisite number of signatures required to proceed and even getting the pages notarized and submitted ahead of the deadline.

3. Mr. Halstead's claims share with the main action many common questions of law or fact, namely, the severe and undue burden of Connecticut's Ballot Access Laws, as modified by Governor Lamont's executive orders.

4. Allowing this intervention will not unduly delay or prejudice the adjudication of the original parties' rights.

5. In accordance with Rule 24(c), a pleading setting out Mr. Halstead's claim for which intervention is sought is attached as Exhibit 1. Evidentiary support for Mr. Halstead's claim is attached as Exhibit 2 in the form of his declaration and exhibits. This motion and its exhibits will be served on all parties.

Mr. Halstead respectfully requests the following relief:

A. An order allowing Mr. Halstead to intervene in this case as a Plaintiff and allowing him to join in Plaintiff Bartlett's motion for reconsideration;

B. Injunctive relief requiring Mr. Halstead's valid petition signatures to be accepted; and

C. Such other and further relief as the Court may deem proper.

Dated: June 22, 2020

Respectfully Submitted,

ROBERT HALSTEAD

By: /s/
Alexander T. Taubes, Esq.
Federal Bar No.: ct30100
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048
alextt@gmail.com

*Their Attorney*