# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDY GOTTLIEB, ET AL | : NO. 3:20-CV-00623 (JCH) |
| *Plaintiffs,* | : |
| | : |
| v. | : |
| | : |
| NED LAMONT, DENISE MERRILL, | : |
| and DEMOCRATIC STATE | : |
| CENTRAL COMMITTEE. | : |
| *Defendants.* | : OCTOBER 16, 2020 |

## <u>DEFENDANTS GOVERNOR NED LAMONT AND SECRETARY OF THE STATE DENISE MERRILL'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT</u>

Defendants, Ned Lamont, Governor and Denise Merrill, Secretary of the State, ("Defendants") hereby file their answer to Plaintiffs Andy Gottlieb, Lorna Chand, and Jason W. Bartlett's Second Amended Complaint dated September 4, 2020.

1.    Defendants admit this action was commenced on May 6, 2020, the remainder of this paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

2.    Defendants admit that HB 6002 was enacted by the legislature and signed by Governor Lamont on July 31, 2020.  Defendants leave Plaintiffs to their proof on the remainder of the paragraph.

3.    Defendants admit Connecticut has ballot access statutes but deny any characterization of them as "strict."  Defendants lack sufficient information and knowledge to admit or deny the remaining vague statement in this paragraph and leave Plaintiffs to their proof on those allegations.

4.    Denied.

1

5.    The first sentence of this paragraph contains a legal statement to which no answer is required.  The second sentence is denied.

6.    The first sentence of this paragraph contains a legal statement to which no answer is required.  Defendants lack sufficient information and knowledge to admit or deny the allegations in the remainder of this paragraph and leave Plaintiffs to their proof on those allegations.

7.    Defendants admit the first and third sentences of this paragraph.  Defendants deny the remainder of the paragraph.

8.    Defendants admit the first sentence of this paragraph.  Defendants deny the challenged ballot access laws operate in the manner alleged.  Defendants lack sufficient information and knowledge to admit or deny the allegations in the remainder of this paragraph and leave Plaintiffs to their proof on those allegations.

9.    Defendants admit the first sentence of this paragraph.  Defendants deny the challenged ballot access laws operate in the manner alleged.  Defendants lack sufficient information and knowledge to admit or deny the allegations in the remainder of this paragraph and leave Plaintiffs to their proof on those allegations.

10.   Admit.

11.   Admit.

12.   This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

13.   This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

14.   This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

15.   This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

16.   This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

17.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to their proof.

18.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to their proof.

19.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to their proof.

20.   Denied.

21.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the vague allegations in this paragraph and leave Plaintiffs to their proof.

22.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to their proof.

23.   Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to

their proof.

24.  Defendants lack sufficient information and knowledge and can therefore neither admit or deny the allegations in this paragraph and leave Plaintiffs to their proof.

25.  Defendants lack sufficient information and knowledge and can therefore neither admit or deny the vague and conclusory allegations in this paragraph and leave Plaintiffs to their proof.

26.  Defendants lack sufficient information and knowledge and can therefore neither admit or deny the vague and conclusory allegations in this paragraph and leave Plaintiffs to their proof.

27.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

28.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

29.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

30.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

31.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

32.  This paragraph contains legal statements to which no answer is required. Defendants leave Plaintiffs to their proof on this paragraph.

33.  Defendants restate and incorporate their answers to the paragraphs above here.

34.   Denied.

35.   Denied.

Defendants deny that Plaintiffs are entitled to any of the relief they seek because Connecticut's ballot access requirements comport with and exceed the requirements of the First and Fourteenth Amendments.

## AFFIRMATIVE DEFENSES

### Defense One - Standing

1.   Plaintiffs' Complaint fails to allege facts sufficient to support their standing to bring a claim against the Defendants on the grounds that the Defendants are unable to provide Plaintiffs with the relief they seek in the form of an alteration of political party rules governing the selection of party candidates.

### Defense Two - Ripeness

1.   Plaintiffs' Complaint fails to allege facts sufficient to support their standing to bring a claim against the Defendants on the grounds that Plaintiffs cannot demonstrate a real and imminent harm to their constitutional rights arising out of the conduct of any state official during an election cycle in 2022.

### Defense Three - Failure to State a Claim for which Relief May be Granted

1.   Plaintiffs' Complaint fails to allege facts sufficient to support their generalized claims of First and Fourteenth Amendment violations.

2.   Therefore, Plaintiffs have failed to state a claim for which relief may be granted.

Respectfully Submitted,

DEFENDANTS,

NED LAMONT,
GOVERNOR OF CONNECTICUT
DENISE MERRILL,
SECRETARY OF THE STATE

WILLIAM TONG
ATTORNEY GENERAL


BY: */s/ Maura Murphy Osborne*
Maura Murphy Osborne(ct19987)
Alma R. Nunley (ct30610)
Michael K. Skold (ct28407)
Assistant Attorneys General
165 Capitol Ave., 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Maura.MurphyOsborne@ct.gov
Alma.Nunley@ct.gov
Michael.Skold@ct.gov


## CERTIFICATION OF SERVICE

I hereby certify that, on October 16, 2020, the foregoing Answer was electronically filed using the CM/ECF system.  Notice of this filing will be sent by e-mail to all counseled parties and *pro se* parties who have registered for electronic filing by operation of the Court's electronic filing system.

*/s/ Maura Murphy Osborne*
Maura Murphy Osborne
Assistant Attorney General

6