UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDY GOTTLIEB, LORNA CHAND,
RICHARD LACOURCIERE, JASON
BARTLETT

    v.                                     3:20CV623 (JCH)

NED LAMONT, DENISE MERRILL,
DEMOCRATIC STATE CENTRAL
COMMITTEE

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiffs' and defendants' Motions for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motions and on February 8, 2022, entered a Ruling granting the defendant's Motion and denying the plaintiffs' Motion.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiffs, all in accordance with the Court's Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 15th day of February 2022

                                            Dinah Milton Kinney, Clerk

                                            By /s/ Diahann Lewis

                                            Deputy Clerk

Entered on Docket 2/15/2022