United States District Court for the District of Connecticut
File Number 3:20-cv-00623-JCH

| | |
|---|---|
| Andy Gottlieb, Lorna Chand, Richard Lacourciere, Jason W. Bartlett, and Robert Halstead, Plaintiffs | Notice of Appeal |
| v. | March 2, 2022 |
| Ned Lamont and Denise Merrill, Defendants. | |

     Notice is hereby given that Andy Gottlieb, Lorna Chand, Richard Lacourciere, Jason W. Bartlett, and Robert Halstead, plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 15th day of February, 2022.

/s/Alexander T. Taubes
Attorney for Plaintiff
470 James Street
Suite 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048